49.                        1825.  *Nathaniel Champ vs Jesse G. Thurston*

Territory of Michigan
 Supreme Court   Ss:                   The United States of America
                                       *To the Sheriff of the County of Wayne*
[SEAL]                                                           Greeting:
    We command you (as heretofore we have commanded you) that you summon
Jesse G. Thurston to appear before the Judges of the Supreme Court of said Terri-
tory at the city of Detroit on the third monday of September next to answer a Bill
in Chancery Exhibited against him by Nathaniel Champ— And this he shall in no
wise omit under the penalty of one thousand Dollars And have then there this writ—
    Witness the Hon James Witherell presiding Judge of our said Court at the city of
Detroit this Twenty sixth day of May in the year of our Lord one thousand Eight
hundred and twenty seven—
                                                    JOHN WINDER
                                                        Clerk